UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MR. J. J. W. JEAN-LOUIS,<br><br>                    Plaintiff,<br><br>   -against-<br><br>BOARD OF EDUCATION; CITY OF NEW YORK,<br><br>                    Defendant. | 24cv2226 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the March 26, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  March 26, 2024
          New York, New York

                                                    /s/ Laura Taylor Swain
                                                 LAURA TAYLOR SWAIN
                                           Chief United States District Judge